## ELECTRONIC RECORD

*1159-15*
*1186-15*
*1187-15*

COA #    06-15-00026-CR          OFFENSE: 1

Companion-6-15-27,28-CR

STYLE: Roger Dale Gammons v. The State of Texas          COUNTY: Hopkins

COA DISPOSITION:    Affirmed          TRIAL COURT: 8th District Court

DATE: 8/11/15          Publish: No    TC CASE #:    1423872

## IN THE COURT OF CRIMINAL APPEALS

*1159-15*
*1186-15*
*1187-15*

STYLE: Roger Dale Gammons v. The State of Texas          CCA #: _____

_____*APPELLANT'S*_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____*REFUSED*_____          JUDGE: _____

DATE: _11/18/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD